| | |
|---|---|
| 1 | DANIEL B. ASIMOW (No. 165661) |
|   | daniel.asimow@aporter.com |
| 2 | ARNOLD & PORTER LLP |
|   | Three Embarcadero Center, 7th Floor |
| 3 | San Francisco, CA 94111-4024 |
|   | Telephone: 415.471.3100 |
| 4 | Facsimile: 415.471.3400 |
| 5 | KENNETH L. CHERNOF (No. 156187) |
|   | kenneth.chernof@aporter.com |
| 6 | ARNOLD & PORTER LLP |
|   | 555 Twelfth Street, NW |
| 7 | Washington, DC 20004-1206 |
|   | Telephone: 202.942.5000 |
| 8 | Facsimile: 202.942.5999 |
| 9 | Attorneys for Defendant BARNES & NOBLE, |
|   | INC., a California corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER DIEFFENBACH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BARNES & NOBLE, INC., a California corporation, <br><br> Defendant. | Case No. 3:12-cv-05800-MMC <br><br> **STIPULATION TRANSFERRING CASE TO NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1404; [PROPOSED] ORDER** <br><br> Action Filed: November 9, 2012 |

---

STIPULATION TRANSFERRING CASE TO THE NORTHERN DISTRICT OF ILLINOIS
CASE NO. 3:12-cv-05800-MMC

**RECITALS**

1. Plaintiffs Heather Dieffenbach filed the instant complaint on November 9, 2012.

2. Defendant Barnes & Noble, Inc. was served with the complaint on or about December 5, 2012.

3. On January 10, 2013, Barnes & Noble filed a motion to transfer this action to the Northern District of Illinois.

4. The parties agree that transfer to the Northern District of Illinois pursuant to 28 U.S.C. § 1404 is appropriate to allow for the coordination of this action with three cases currently pending in the Northern District of Illinois before a single judge (Hon. John W. Darrah) that the parties agree are similar to this action, namely: *Nowak v. Barnes & Noble, Inc.*, No 1:12-cv-08617; *Winstead v. Barnes & Noble, Inc.*, No. 1:12-cv-08633; and *Honor v. Barnes & Noble, Inc.*, No. 1:12-cv-08799.

5. The parties further agree that all deadlines in this action be stayed pending transfer to the Northern District of Illinois.

WHEREAS, the parties stipulate and agree as follows:

**STIPULATION**

1. Pursuant to 28 U.S.C. § 1404 (a), in the interest of justice, and for the convenience of the parties, the parties request that this Court transfer this action to the United States District Court for the Northern District of Illinois.

2. The parties request that all pending deadlines in this action be stayed pending transfer to the United States District Court for the Northern District of Illinois.

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the parties, this action shall be TRANSFERRED to the United States District Court for the Northern District of Illinois. All pending deadlines in this action shall be stayed pending transfer to the Unites States District Court for the Northern District of Illinois. The Clerk is hereby instructed to transfer this case and all related filings to the United

1 | States District Court for the Northern District of Illinois.

2 | DATED: February 22, 2013

```
                            _____
                            HON. MAXINE M. CHESNEY
                            UNITED STATES DISTRICT JUDGE
```

Approved as to form and stipulations:

MARKUM ZUSMAN & COMPTON LLP


By:/s/ *William A. Baird*
    WILLIAM A. BAIRD

    Attorneys for Plaintiff
    Heather Diffenbach, individually and on
    behalf of all others similarly situated

ARNOLD & PORTER LLP


By:/s/ *Daniel B. Asimow*
    DANIEL B. ASIMOW

    Attorneys for Defendant
    Barnes & Noble, Inc.

## **FILER'S ATTESTATION**

    I, Daniel B. Asimow, am the ECF user whose ID and password are being used to file this **Stipulation Transferring Case to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404 and [Proposed] Order**. In compliance with General Order 45, X.B., I hereby attest that William A. Baird has concurred in this filing.

DATED: February 22, 2013.

                                            /s/ *Daniel B. Asimow*
                                              DANIEL B. ASIMOW